Clerk of the court,

Greetings, I am incloseing a breif in support of objections and rebuttal of the courts fact finding that was clearily erronous in its decision it rendered only weeks ago,

Would you please file it with the court where the honorable judges can see whats reaily going on in this case, I want to thank you in advance,

BENNIE GUY. 01862511
3060 fm 3514, Beaumont, TX 77705
Sept-22,2015

*Bennie Guy*

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 25 2015
Abel Acosta, Clerk

WR-80,317-03

TRIAL COURT WRIT NO.23-613-B-H-2


IN THE TEXAS COURT OF CRIMINAL APPEALS

OF AUSTIN TEXAS



BENNIE DAVID GUY                                    PETITIONER

VS

STATE OF TEXAS                                      RESPONDANT



BREIF IN SUPPORT OF OBJECTIONS AND REBUTTAL

OF THE COURTS FACT FINDING THAT WAS CLEARLY ERRONEOUS



BENNIE GUY  TDCJ No,  01862511

3060 fm 3514, Beaumont, TX 77705


COVER SHEET

## STATEMENT OF THE CASE

Guy filed a writ of habeas 11-07 in the trial court with evidence that exonorated Guy of the charge but, the state is beating around the bush and changeing the dates of the crime and Guys where abouts on the night of the crime. , Guy was 500 miles away renting a motel in Heath Arkansas and was being investigated by the st, francis county police and they have docmentation in the courts of arkansas that place Guy 500 miles away and theres a notorized affidavit in this Breif of a nother man admitting to the crime. and the state is misleading the courts to beleave the date was 7/1/95 insted of 6/30/95 as stated by the victim when she came to the sherriffs dept and reported it on 7/1/95 she said it happened last night on a friday night 06/30/95 see exhibit No 1. its thee report from the victim and the investigator.

Guy ask this honorable court to look at the evidence of his innocence and send the case back for trial or set guy free its so prayed.

**SEE EXHIBIT No, 7, its law enforcement officers affidavit from 1996-5 of Guys where abouts.**

This court Guy prays over turn the conviction on this innocent man and sat him free.

1

# EXHIBIT LIST
## WRIT NUMBER  TR,CT,NO 23-613-B-H-2
## WR-80,317-03

**EX- #**                                                                **pages**

1-   INVESTIGATORS REPORT ............................................... 2

2-   Gregg County ct docket sheet ........................................ 3

3-   MOTION FOR APPOINTMENT OF INVESTIGATOR ............................. 4

4-   BILLY STEWARTS NOTORIZED AFFIDAVIT ................................ 7

5-   TEXAS DNA TEST .................................................... 1

6-   DNA RE TEST DENIAL WHERE THE STATE THROWEN AWAY GUYS EVIDENCE ......... 8

7-   STATE OF ARKANSAS LAW ENFORCEMENT RECORDS AND NOTORIZED AFFIDAVIT
OF GUYS WHERE ABOUTS ON JUNE 30, 1995 ............................... 5

IN THE TEXAS COURT OF CRIMINAL APPEALS
AUSTIN TEXAS

BENNIE DAVID GUY                                             PETITIONER

VS

STATE OF TEXAS                                              RESPONDANT

## MOTION FOR OBJECTIONS AND REBUTTAL OF THE COURTS FACT FINDING
## THAT WAS CLEARLY ERRONEOUS

TO THE HONORABLE JUDGES OF SAID COURT:

THE PETITIONER OR APPLICANT OBJECTS TO THE COURTS FINDING OF FACTS IN THE SAID WRIT OF HABEAS CORPUS FILED ON SEPT-8-2015 for the following reasons;

### 1. HISTORY OF THE CASE

The applicant, BENNIE GUY Plead guilty to a coerced plea in July of 1996 to the felony offence of sexural assault, criminal episode, and pursant to the coersed plea was sentenced to 40 years in the Texas Dept of Crim justice and confined as offender 01862511, at the stiles unit of the TDCJ, Housed at 3060 fm 3514, Beaumont, Texas , 77705.

On July 23, 1996 five days after the coerced plea Guy was rushed out the state of Texas to the Arkansas dept of Corrections and was housed there until June 13, 2013 when the state of Texas extradited Guy to the TDCJ.

Scence that date there has become evidence of Guys innocence and Guy has filed it in the court and the court refuses to hear it all on the pretence that Guy pled guilty to the crime, even to know Guy pled to it it was against his will and he was threatened in to the plea. Scence Guy has become able to do his own legal papers in to the court Guy has not stopped digging up

3

material that shows Guys innocence. Now the lower district court has made plain error in the case before it and Guy ask this honorable court to look at the evidence in the petition.

On July the firt, 1995 at 11:40 am The Investigator mr Shelton was at his office in Longview Texas Gregg County, he had got a call from some one there at the Sherrifs dept saying some one was there to talk to him of a sexural assault . A 20 year old female came to his office and said- [ PAGE 2 of the Gregg co Sheriffs dept supplemental report] paragraph 3 R/O Was advised by the victim that on friday night,06/30/95 she'd been raped by white male see page 1-12] here the alledged victim clearly states on 6/30/1995 is the date of the offence,,not as the state said in its fact finding of July 1,95.(see exhibit 1,) INVESTIGATORS REPORT. PG 1-2.

On 5-23-1996 Guy was extradited from Arkansas to Gregg county to stand trial. Guy was given a public defender named Terry Jackson to repersent him on 5-30-1996 said attorney filed motion with the court to be removed because Guy would'nt pled guilty and mr Jackson did nothing, not even the basic such as fileing motion for discovery, [SEE EXHIBIT 2 it will be court document]

Mr Jackson filed in the court 3 days prior to the coerces plea a motion for the court to hire an investigator, he said he'd done no investigation but 3 days later he pled Guy to 40 years in prison. Ex,3.

The 6 th Constitutional right to effective counsel. STRICKLAND V WASHINGTON 466,u,s,668,80,L,Ed,2d,674,104S,ct,2052,(1984) p2060 [the court of appeals] agreed that the 6 th amendment imposes on counsel a duty to investigate, because reasonable effective assistance must be based on professional decisons and informed legal choices can only be made after investigation of options.

Here mr Jackson did no investigations he did not even the minium of the basic of trial, he never even filed motion for discovery to see what the state had to tri Guy on, [SEE MOTION TO COURT FOR APPOINTMENT OF INVESTIGATOR # DAYS BEFOR TRIAL, SEE EXHIBIT 3 THE MOTION. If mr Jackson would of investigated he would of found out the Guys cousin committed the crime and not Guy [SEE EXHIBIT 4. OF BILLY STEWARTS NOTORIZED AFFIDAVIT DATED MAY 2013 and signed by him.

4

/

THE STATE HAS DESTROYED GUYS WHOLE CASE TO KEEP THE RECORD SILENT AND THIS HAS PREJUDICED GUY TO WHERE HE CAN NOT APPEAL HIS CASE AND THERES NO RECORD BUT THE COURTS CONTINUE TO DISMISS EVERY MOTION OR PETITION IN THE COURT FILED BY GUY.

A- There was DNA In this case, In 1995 Texas crime lab completed a DNA Test on the items sent to it, SEE DNA TEST AS **EXHIBIT #** _EXS_ **and the courts threw away Guys evidence in the case. [SEE EXHIBITS OF COURT CLERKS AND JUDGES DENIAL AS EXHIBIT** _EX 6_ .

B- The court has threw awy Guys court records, see exhibit _See Fact, Fing~_ it is the findings of facts by the court and the judge says, [THE REPORTERS RECORD OF THIS 1996 PROCEEDINGS CANNOT BE LOCATED ] _See record. page #69-70 of the ct response/Denial_

In this instant petition Guy filed a notorized affidavit from law enforcement officals and the State of Arkansas prosecutors office and courts of St , Francis county Arkansas documents pretaining to Guys where abouts, These motel records was used in a criminal trial and sworn to as true see the affidavit of the law enforcement Captian. The motel records place Guy 500 miles away from the state of Texas on 6/30/1995. at 9:30 pm Guy had checked in to a motel in heath Arkansas, [SEE EXHIBIT # _7_ IT WILL BE THE RECEIPTS FROM THE HOTEL. TO PROVE GUY WAS NOT IN TEXAS ON 6/30/1995 as stated by the woman at the night club,

In this instant petition habeas No. 23-613-B-H-2 Guy filed with the convicting court the documentation from the Arkansas law enforcement officals that clearly put Guy 500 miles from Texas on the night of the Texas crime and the 124 th district court has made a grave error in its responce to the petition.
PAGE 36 of record / pg 5 of states responce reads.

> If the non-notorized receipts are correct, Guy was in the shell lake no
> motel in Heath Arkansas both on 5/25/95 from 6;15 to 8;pm, and he
> went back at 9:30 pm on June ~30~ 1995/~june~ ~July~ 1,was intered in to evidence
> to suport a conviction of rape
> page 6, STATES, Certainly, Guy could have committed a crime in Arkansas
> on may 25, and been in Texas to committ this crime on July 1,1995

5

**"HERES THE ERROR COMMITTED BY THE COURT"**

See EXHIBIT **1.** ITS THE INVESTIGATORS REPORT AND THE DATE OF WHICH THE ALLEDGED VICTIM STATE SHE WAS RAPED AND IT WAS JUNE 30, 1995 on a friday night. the victim stated she was attacked on 6/30/1995, Now the state is misleading the court and judge in to beleaveing it was July 1, 95, because the Indictment states, on or aroung July 1,1995. then the state goes on to say july2, then july 3 ,

if this honorable court will look at the **EXHIBIT 1 THE INVESTIGATORS REPORT AND VICTIMS STATEMENT** SHE SAID 6/30/95 on friday night. the interview was conducted at 10;40 am at the sherriffs dept on july 1, 95 there is where the state has the date wrong, and this wrong date is keeping the truth from coming out that they have the wrong man in prison.

**ARGUMENT**

**GUY HAS NOW PROVED BEYOND A REASONABLE DOUBT HES INNOCENT**

Guy has a notorized affidavit from a nother man stateing he was the man that was in Texas and committed the crime Guy is in prison for **SEE EXHIBIT Ex-4** OF BILLY STEWARTS AFFIDAVIT, FROM 2013. it was not avaliable in 1995-6 nor while Guy was in Texas.

then 2015, Guy provides to the court a notorized affidavit from an Arkansas law enforcement officer and the state prosecutor and the court finding the affidavit and its motel receipts ture and correct. Stateing BENNIE GUY WAS CHECKING IN TO A MOTEL IN ARKANSAS 500 MILES AWAY AT 9:30 pm on June 30, 1995 when he was suposed to be in Texas committing a crime here. these affidavits are signed by law enforcement, and dated .there certified documents. Ex 7.

6

## IN CLOSEING

Guy objects to the states fact finding and rebutts the fact finding. Guy has presented clear and convencing evidence of the 124 th courts error. the indictment date of 'onor about july 1,1995 is wrong, Date should of been June 30, 1995 as stated by the victim and the investigators report see exhibit _____ Investigators report dated july 1, 1995 at 10:40 am at the sherriffs depton saturday morning, the victim clearly states, paragraph 3, line 12, that on friday night 6/30/1995 she was assaulted. and Guy now has court documents proveing he was 500 miles awy from that woman and the town of longview Texas.

In the courts fact finding pg,70 of record, page 2 of the finding, state (1)= Guys plea in the Texas case was freely and voluntarily given.

Guy clearily fits in the middle of both actural innocent cases by the supreme court HERRERA V COLLINS, 506,u,s,390,122,L,Ed 2d, 203,113,S,ct,883,(1993) This court has said in EX PARTE FRANKLIN AT 677, when a defendant seeks to challanges the conviction it is fair to place the burden of proveing his inocence not just raiseing doubt about his guilt, here Guy has clear and convenceing evidence of his where about in and on the date of the Texas crime. June-30 1995,at 9:30 pm Guy was 500 miles away checking in to a motel,

Calander of June of 1995

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |   |

June 30 - 1995 IS Fridy night.

here is a calander of June 1995, and the investigators report from the victim states it happened on June 30,95 a friday night, and Guy has affidavits from law enforcement in Arkansas placeing him there at the time of the Texas crime and this court knows no one can bee two places at the same time and Guys signature is on the receipt and dated. there fore Guy has rebutted the states responce on the date issue, at hand. that was an error thats keeping a inocent man in prison.

7

**SCHLUP V DELO,** 513,us,298,130,L,Ed,2d,808,115,s,ct,851,(1995) SCHLUP CLAIM, A procedural claim for relief, depends critically on validity of STRICKLAND AND BRADY, to prevail the applicate must show that a Const error more likely than not resulted in conviction] [

Here Guy had a right to his 6 th amendment right to effective assistance of counsel, the court appointed attorney mr jackson did not investigate the case at all if he would of he would of found out the following.

A-Guys cousin committed the crime, **SEE EXHIBIT OF BILLY STEWARTS AFFIDAVIT** 4 **STRICKLAND V WASHINGTON,** 466 u,s,668,80, L,Ed2d,674,104,s,ct,2052,(1984) pg,2060 [the court of appeals agree] the 6 th amend imposes on counsel a duty to investgate, and only professional decisons and legal choices can be made only after investigation 693,f,2d.at 1250,nl2] **SEE EXHIBIT** 3 ITS THE MOTION FOR APPOINT_ MENT OF A INVESTIGATOR AND THREE DAYS LATER PLED GUY TO A COERCED PLEA SO THERE THE PLEA AS STATED BY THE COURT IS NOT FREELY GIVEN.

The dates of the state are wrong, there delibertly given to counter attack the affidavit of law enforcement officals of Guys where abouts on 6/30/1995 the day of the Texas crime Guy was 500 miles away.

**IT IS THERE FORE PRAYED.**

That this honorable court look at the affidavits and other evidence that prove Guy is innocent and rule in Guys favor, hes been in prison now 20 years for crime he did not committ and has proof through law enforcement affidavits and motel receipts placeing him 500 miles away from Texas on night of the crime , and the states response be corrected to the correct date the victim ststaed she was attacked on 6/30/95 not 7/1/95 as stated by the state. and order Guys release or over turn the conviction and send the case back to trial it is so prayed.

BENNIE DAVID GUY 01862511
3060 fm 3514, Beaumont, Tx 77705

8       *Bennie* 01862511

## CERTIFICATE OF SERVICE

I BENNIE GUY TDCJ NO, 01862511 do state the petition is true and correct to best of my knowledge. and the petitiom/motion was put in the u,s, mail on this *22 day of S<sub>r</sub>pt 2015 with affixed postage. to the Texas court of ꜱ criminal appeals.

## INMATE DECLARATION

I AM INMATE /OFFENDER BENNIE GUY HOUSED AT 3060 fm 3514, BEAUMONT, TX 77705 stiles unit of the TDCJ.

BENNIE GUY 01862511

3060 fm 3514, Beaumont, TX 77705

*Bennie Gy*

18 9

GREGG COUNTY SHERIFFS DEPARTMENT
SUPPLEMENTAL REPORT
CONTINUED

DATE RUN  7/18/96                                                          PAGE   2

CASE: 002-003-95                          DATE INFORMATION RECEIVED:  7/01/95
INVESTIGATED BY SHELTON                   APPROVED BY
ADDITIONAL DETAILS:

ON 07/01/95, I, CECIL SHELTON (HEREAFTER KNOWN AS R/O), AN
INVESTIGATOR WITH THE GREGG COUNTY SHERIFF'S DEPARTMENT ASSIGNED
TO THE CRIMINAL INVESTIGATION DIVISION, WAS CONTACTED AS ON-CALL
INVESTIGATOR FOR THE CRIMINAL INVESTIGATION DIVISION.  R/O WAS
ADVISED THAT A SEXUAL ASSAULT HAD OCCURRED AND THAT THE VICTIM
WAS AT THE SHERIFF'S OFFICE.

UPON ARRIVAL AT THE OFFICE, R/O MET WITH THE VICTIM,
LEVONNA TALIAFERRO (W/F, DOB 05/03/75).  MS. TALIAFERRO ADVISED
R/O THAT SHE HAD BEEN TAKEN TO A REMOTE AREA IN GREGG COUNTY AND
RAPED BY AN UNKNOWN WHITE MALE.

R/O WAS ADVISED BY THE VICTIM THAT ON FRIDAY NIGHT,
06/30/95, SHE AND A FRIEND WENT TO THE LEVEE CLUB IN LONGVIEW.
MS. TALIAFERRO STATED THEY DRANK APPROXIMATELY 4 MIXED DRINKS AT
THE CLUB WHILE THEY WERE WAITING FOR OTHER FRIENDS FROM CHAPEL
HILL.

THE VICTIM STATED SHE WENT OUT TO THE CAR IN THE PARKING LOT
TO SEE IF SHE COULD SEE HER FRIENDS.  THE VICTIM STATED SHE WAS
STANDING BESIDE KARLA'S CAR WHEN A WHITE MALE WALKED UP TO HER
AND STARTED TALKING TO HER.  THE VICTIM STATED THAT THE WHITE
MALE SAID HE HAD TO GO DOWN THE ROAD TO PICK UP A FRIEND AND
ASKED IF SHE WANTED TO GO, THAT HE WOULD BE RIGHT BACK.  THE
VICTIM STATED SHE GOT INTO THE WHITE MALE'S CAR.  THE VICTIM
ADVISED THAT THE WHITE MALE DROVE FOR A LONG TIME AND SHE KEPT
ASKING WHERE HE WAS GOING.  THE WHITE MALE DROVE TO A REMOTE

CASE: 002-003-95                           DATE INFORMATION RECEIVED:  7/01/95
INVESTIGATED BY SHELTON                    APPROVED BY
ADDITIONAL DETAILS:

WOODED AREA WHERE THE VICTIM STATED HE BEGAN GRABBING HER AND

PULLING HER CLOTHES OFF.  THE VICTIM STATED HE KEPT CUSSING HER.

THE VICTIM STATED THE WHITE MALE FORCED INTERCOURSE, ORAL AND

VAGINAL, ON HER SEVERAL TIMES (SEE STATEMENT FOR DETAILS).

R/O WAS ADVISED BY THE VICTIM THAT SHE SAW HEADLIGHTS COMING

UP AND SHE WAS ABLE TO ESCAPE.  THE VICTIM RAN NAKED TO A PICKUP

THAT WAS DRIVING BY.  THE FOUR WHITE MALES IN THE PICKUP HELPED

THE VICTIM TO GET OUT OF THE AREA.  THE VICTIM WAS GIVEN CLOTHING

AND A RIDE BACK TO CHAPEL HILL BY THESE PERSONS.

THE VICTIM SHOWERED BEFORE GOING HOME.  AFTER RETURNING HOME

AND TALKING TO A FRIEND, SHE CALLED HER FATHER AND TOLD HIM WHAT

HAD HAPPENED.  AFTER TALKING WITH HER FATHER, SHE WENT TO THE

MEDICAL CENTER IN TYLER AND CALLED THE TYLER POLICE.  THE SEXUAL

ASSAULT EXAMINATION WAS PERFORMED IN TYLER.

R/O WAS ADVISED BY THE VICTIM THAT THE VEHICLE THE SUSPECT

WAS DRIVING WAS A SMALL 4 DOOR VEHICLE, POSSIBLY A LIGHT COLOR,

WITH LIGHT BLUE INTERIOR.

THE SUSPECT IS DESCRIBED AS A WHITE MALE, 5'11", 200 LBS.,

LIGHT COLORED HAIR BLONDE, UNSHAVEN SLIGHT GROWTH, WEARING A

BEIGE SHIRT, BLUE JEANS AND MAROON BOOTS.

R/O WAS ADVISED BY THE VICTIM THAT PRIOR TO COMING TO THE

SHERIFF'S OFFICE SHE AND HER FATHER WENT TO THE SCENE WHERE THE

RAPE OCCURRED.  THEY WERE AIDED IN FINDING THE LOCATION BY TWO OF

THE FOUR MEN THAT HAD HELPED HER.

# CRIMINAL DOCKET

CASE NO. 023087-B

Case 6:13-cv-00224-MHS-JKG   Document 14-3   Filed 06/14/13   Page 37 of 37 PageID #: 318

| EXHIBITS | NUMBER OF CASE | ATTORNEYS | OFFENSE | DATE OF FILING |||
|---|---|---|---|---|---|---|
| | | | | MONTH | DAY | YEAR |
| | 023087-B | THE STATE OF TEXAS | SEXUAL ASSAULT; CRIMINAL EPISODE | 10 | 19 | 1995 |
| | | STATE COUNSEL MATHEWS | | | | |
| | | DEFENSE COUNSEL _Terry Jackson_ | | | | |
| | | vs. | | | | |
| | | JUDGE | | | | |
| | | REPORTER | | | | |
| | | GUY, BENNIE DAVID | | | | |

| DATE OF ORDERS | ORDER OF COURT |
|---|---|
| 11/3/95 | Arraignment to be reset upon extradition from Arkansas. _____ ,Judge |
| 5/23/96 | Defendant given magistrate's warning. Bond set at $25,000.00. Terry Jackson appointed as attorney of record. Arraignment set May 24, 1996 at 10:00 A.M. _____ ,Judge |
| 5/24/96 | State ready. Defendant formally arraigned. All pre-trial motions Ordered filed in ten days. Pre-trial Set June 14, 1996 at 10:00 A.M. _____ ,Judge |
| 5/24/96 | Continuance was granted in this cause to the week of June 10, 1996. _____ ,Judge |
| 5-29-96 | Order granting State's Motion for Continuance to June 24, 1996. Defense does not oppose. _____ ,Judge |
| 6-5-96 | Order to Dismiss s/Alvin A Khoury |

# CRIMINAL DOCKET

CASE NO. 023613-B

| EXHIBITS | NUMBER OF CASE | ATTORNEYS | OFFENSE | DATE OF FILING | | |
|---|---|---|---|---|---|---|
| | | | | MONTH | DAY | YEAR |
| | 023613-B | THE STATE OF TEXAS | SEXUAL ASSAULT; CRIMINAL EPISODE | 05 | 29 | 1996 |
| | | STATE COUNSEL MATHEWS. | | | | |
| | | DEFENSE COUNSEL Terry Jackson | | | | |
| | VS. | JUDGE James Zimmerman | | | | |
| | | REPORTER Shirley Farr | | | | |
| | GUY, BENNIE DAVID | | | | | |

| DATE OF ORDERS | ORDER OF COURT |
|---|---|
| 6/4/96 | Order granting State's Motion for Continuance to June 24, 1996 at 9:00 A.M. Defense does not oppose. _____, Judge |
| 6/14/96 | Re-Indictment of Cause No. 23,087-B. Defendant was formally arraigned. All motions filed in 23,087-B Ordered transfered into this cause. All new motions Ordered filed within ten days. Pre-trial set June 28, 1996 at 10:00 A.M. Terry Jackson to continue as attorney of record. _____, Judge |
| 6/24/96 | Order granting Defendant's Motion for Continuance. State does not oppose _____, Judge |
| 7-8-96 | Jury selected to determine competency to determine to retain ___ ___ 9:00 A.M. on 7-11-96. _____, Judge |
| 7-11-96 | Jury sworn, witnesses sworn. Rule invoked by Defendant. Openg. Statements. Defendant offered evidence. Defense rested at 12:09 P.M. Intelligent evidence. State rested at 11:30 A.M. Both side close. Recessed until 1:00 P.M. Charge argued on behalf of State and Defendant. Jury retired at 1:34 P.M. Verdict at 1:50 P.M. — Defendant competent. _____, Judge |

7-19-96

State and Defendant announced ready for Trial.
Defendant advised Court of desire to Plead Guilty and waive Jury.
Jury Waived-Indictment Presented-Defendant Plead Guilty.

Defendant admonished as to consequences of plea and reminded of right to jury trial, but persisted in pleading guilty. Plea of guilty accepted.
Witnesses sworn and evidence heard.
District Attorney recommended punishment of Forty (40) years TDCJ
Punishment assessed at Forty (40) years TDCJ-ID
Defendant Sentenced.

Offense Convicted of: Sexual Assault-Criminal Episode: Habitual
1st Degree Felony    Charging Instrument: Indictment Plea: Guilty
Terms of Plea Bargain: Forty (40) years TDCJ. Arkansas will plead him to Two (2) counts of Agg. to receive 40 year sentence to run concurrent with this case.
Plea of Enhancement: True    Findings on Enhancement: True
Deadly Weapon Used: —    Atty Fees: $1050.00    Court Cost: $301.00
Sentenced to: Forty (40) years in TDCJ-ID
Time Credited: Jail    Restitution:
Gregg County Sheriff to release Bennie David Guy to Ark. as soon as possible.



COURT ORDERED FINGERPRINTS OF DEFENDANT'S RIGHT THUMB DONE IN OPEN COURT (ART. 38.33 TCCP)

RIGHT THUMB PRINT

B. Guy

FILED
GREGG COUNTY TEXAS

JUL 15 1996

10:40 O'CLOCK A.M.
RUBY COOPER DISTRICT CLERK
By _____ Deputy

NO. 23,087-B

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 188TH DISTRICT |
| | § | |
| | § | COURT IN AND FOR |
| VS. | § | |
| | § | GREGG COUNTY, TEXAS |
| BENNIE DAVID GUY | § | |

## MOTION FOR THE APPOINTMENT OF AN INVESTIGATOR

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Bennie David Guy, defendant in the above styled and numbered cause, by and through his attorney of record, and respectfully moves this Honorable Court to appoint a private investigator to assist him in the preparation of his defense, and for good cause shows the following:

### I.

Defendant is charged with the felony offense of sexual assault.

### II.

Based on his limited investigation in this case, the undersigned counsel knows that there are a number of witnesses who must be sought out and interviewed. This can only be done properly and effectively through the use of a private investigator.

PAGE 1

MOTION AND ORDER FOR APPOINTMENT OF AN INVESTIGATOR

81

## III.

Appointment of a private investigator is necessary to insure that defendant receive his rights to effective assistance of counsel, cross-examination and confrontation, and compulsory process, guaranteed by the Sixth and Fourteenth Amendments to the United States Constitution and Article I, § 10 of the Texas Constitution; due process and due course of law, guaranteed by the Fourteenth Amendment to the United States Constitution and Article I, §§ 13, 19 and 29; and, equal protection of the law, guaranteed by the Fourteenth Amendment to the United States Constitution and Article I, §§ 3 and 3a of the Texas Constitution.

## IV.

Appointed counsel is entitled to reimbursement for reasonable expenses incurred with prior court approval for purposes of investigation. Tex. Code Crim. Proc. Ann. Art. 26.05(a).

## V.

Undersigned counsel was appointed to represent the defendant because of his indigence. This indigence prevents defendant from hiring a private investigator to assist in his defense.

MOTION AND ORDER FOR APPOINTMENT OF AN INVESTIGATOR

## VI.

Defendant requests that the Court appoint _____,

a private investigator, licensed in the State of Texas.

**WHEREFORE, PREMISES CONSIDERED,** defendant prays that this Court

appoint a private investigator to assist him in the preparation of his defense and

that the Court order the County Auditor to pay the costs of such investigative

services.

Respectfully submitted,

Terry Jackson
Attorney At Law
301 North First Street
Longview, Texas 75601
SBN 00790950
903-758-8888
903-753-5982 fax

ATTORNEY FOR DEFENDANT

MOTION AND ORDER FOR APPOINTMENT OF AN INVESTIGATOR

# Higginbotham and Associates

P.O. Box 129 • Longview, Texas 75606-0129
(903) 758-4919

Tax# 75-2272180  FINAL ☒  INTERIM ☐  DATE: 7/29/96  TBPI#A-4650

Mr. Terry Jackson
Attorney At Law

310 N. First Street

Longview, TX 75601

GUY, BENNIE DAVID
NO. 23,087-B

| PROFESIONAL SERVICES RENDERED: | |
|---|---|
| Investigation and Witness interviews | |
| 3 hours @ $40.00 per hour | $ 120.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| DUE AND PAYABLE UPON RECEIPT IN LONGVIEW, GREGG COUNTY, TEXAS | |

| | |
|---|---|
| Sub Total | $ 120.00 |
| Tax | EXEMPT |
| Total | $ 120.00 |

**PLEASE RETURN ONE COPY WITH REMITTANCE**

87

STATE OF ARKANSAS.
STATE OF TEXAS

BILLY W. STEWART ADC #104406
P.O. BOX 500, GRADY, AR. 71644

Do swear this statement is true and correct to the best of my knowledge of the events that occurred on June 30th. 1995 - to - May 10th. 2013.

Billy W. Stewart

A.D.C. #104406

P.O. Box 500

Grady, AR 71644

Date: 5-12-13

Signature: Billy Stewart

## DECLARANT WITH SUPPORT BY AFFIDAVIT :

1.     I am Billy Wayne Stewart. My date of birth is November 13, 1963. My height is 5'ft 9 inch. Brown hair and 205 lbs. My SS# is 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.

2.     My old home address is 146 East lake Dr. Marion, AR. 72364. I was employed at M S.I. Trucking , West Memphis, AR. 72301, Owner Joe Widell.

3.     My Mother was Brenda Lancaster-Stewart Vowell.

4.     My Father is Earl Wayne Stewart, Sr.

5.     I am 49 years old and of sound mind to make this Declaration.

**In June of 1995, I Billy Wayne Stewart** was living with my cousin Robert Guy in Hugh Springs, Texas, I worked and lived with my cousin Robert Guy until I left around July 6, or 7, of 1995. In the late part of June of 1995, I had bought a light blue Mercury Lynx with tag # Texas MGH-53L. from a car dealer in Hugh Springs, TX. and paid for it with checks from my cousin Robert Guy who I had worked with.

On the night of June 30th 1995 or July 1st 1995, It was a Friday I had cleaned up after work and was going to a club in Longview, TX. (Gregg Co.) At around 10-to-11 p.m., I went to the Levee Club. On, I think was Spur-63 or Macain and 80 HWY. down town Longview, Texas.

I parked my car in the parking lot and as I was walking toward the club entrance door, I seen a white female standing out-side smoking a Cigarette and I went to her and asked if she was OK. She told me it was hot in side and she was waiting on a few friends. I asked her if she wanted to go for a ride and smoke some Marijuana and she said yes. I had drove with her to a remote area probably 5- miles from the club. Once there I started making the girl-woman take her clothes off. And I forced myself on her (raped her) oral and vaginally.

About a hour later a truck pulled up behind my car and the woman got away from me and ran to a pick-up truck and fled. Once the woman fled in the pick-up, I started my car, drove probably a mile or two and the car stopped running. I got out looked for my boots and could not find them or my comb or shirt. I took my tire wrench knocked the windshield out the car, took the vin # off the dash, the vin# I don't know what it is. I sat the 1985 light blue 4-door Mercury Lynx on fire and walked away.

185

23

I walked to Hwy 42 and went to White Oak, Texas and there caught a ride to Hugh Springs, Texas with a man in a pick-up truck. Couple days later a **Investigator named Cecil Shelton with the Gregg Co. Texas Sheriff Dept.** came to my cousin Robert Guy's house in Hugh Springs, Tx. looking for Benny Guy My other cousin., **I Billy Stewart** had bought a car in Hugh Springs, Texas under the name of Tommy Guy and when I over heard the conversation of the car being found burnt and of the girl (**Leavonna Taliaferro**) 20 yrs. old reporting she was raped, I knew then that a Investigation would soon be underway.

I left Hugh Springs, Texas the next following day after Investigator Cecil Shelton had talked to Robert Guy, and went back to Marion, Arkansas. My Father Earl Stewart's Mother is Willard Dean Stewart. And Robert , Benny, Tommy and Bobby Guy's Father is Marvin Guy.

Willard Dean Stewart and Marvin Guy are brother and sister. I knew once I got back to Arkansas that I would never be caught because the family members would not tell on each other. However, my cousin Benny Guy was arrested for this crime I committed and it has come to the point that I do not want my cousin in prison for a crime **I committed on June 30ᵗʰ· 1995 or July 1ˢᵗ· 1995 in Gregg County, Texas.**

I have went threw the public records, Freedom of Information Act and I've came up with the needed information I need in order to give this information to the right people and agencies where Justice can be rightfully administered and once and for all the truth be told.

I Billy W. Stewart on 6-30-1995 did rape Leavonna Taliaferro of 16104 CR-294 of Tyler, Tx. Her date of birth is 5-3-1975. 20 year old clerk. (Leavonna told me something only I and her would know. Leavonna told me she was 19 years old and only had sex with one person besides me. Ask Leavonna Taliaferro is she told the rapist that the night of the rape and she will tell you yes.)

In 2010, In Garland County Arkansas (Hot Springs) I was convicted of rape of Jessica Holmes a 23 year old woman. My case # is CR-2010-620-IV. Since I raped Leavonna Laliaferro, I've been in prison many of times. Now my conscience is bothering me to where I want to take responsibility for what I have done in my life.

Benny Guy, my cousin, was convicted in Gregg Co. Texas court of raping Leavonna Taliaferro in July of 1996. now I feel the need to come clean and do the right thing and tell the truth and apologize to my cousin and to apologize to Leavonna Taliaferro. Would you please help me see to it that Justice is served. I can't live with this any longer- my conscience is eating me up.

Billy W. Stewart #104406
P.O. Box 500
Grady, Arkansas 71644

DATE: 5 / 21 / 13

157

25

STATE OF ARKANSAS )
                                )§§
COUNTY LINCOLN     )

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _19_

day of __May__, 2013

_Christopher Stockland_
NOTARY PUBLIC

MY COMMISSION EXPIRES: __5-27-2021__

26  87

STATE OF ARKANSAS     )
                                 ) SS

COUNTY OF _____ )

## AFFIDAVIT

I, _Billy Stewart_____, after first being duly sworn, do hereby swear, depose and state that:

_This Petition is true and correct to the best_
_of my knowledge of what happened on or around_
_7-1-95 in Gregg county. TX_

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

_5-12-13_____
DATE

_Billy Stewart_____
AFFIANT

_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_____
SOCIAL SECURITY #

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _____ day of

_____, 20_____.

_____
NOTARY PUBLIC

My Commission Expires: _____

STATE OF ARKANSAS )
) SS
COUNTY OF _Lincoln_ )

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _14_ day of
_May_, 20_13_.

NOTARY PUBLIC _Christopher Stockard_

My Commission Expires: _5-27-2021_

# TEXAS DEPARTMENT OF PUBLIC SAFETY



CRIME LABORATORY
350 WEST IH 30
GARLAND, TEXAS 75043-5998
214/226-5245



JAMES R. WILSON
DIRECTOR

DUDLEY M. THOMAS
ASST. DIRECTOR

August 22, 1995

PROSECUTOR'S COPY

TO:    Investigator Cecil Shelton
       Gregg County Sheriff's Office
       101 E. Methvin, Suite 559
       Longview, TX    75601

SUBJECT:  L1D-76,495; Sexual Assault; Bennie David Guy, Suspect;
          Levonna Taliaferro, Victim; Gregg County; 7-1-95; Sub-
          mitting Agency Case No. 002-003-95

DATE RECEIVED:   August 16, 1995

METHOD OF SUBMISSION:  In person by William Dennan

EVIDENCE SUBMITTED:   Sexual assault evidence collection kit from
          the victim.

REQUESTED ANALYSIS:  Process the items for any physical trace
          evidence associated with sexual assault.

RESULTS OF ANALYSIS:  The victim's blood was typed as a group "O"
          and a secretor by Lewis typing.

          A nonspecific presumptive test for the presence of
          semen was negative on the vaginal swabs and oral swabs.

          No spermatozoa were detected on the vaginal smear
          slides or the unlabeled smear slides.

          No hairs were detected in the head and pubic combings.

          No relevant trace evidence was detected in the finger-
          nail clippings from the victim.

          No analysis was performed on the saliva specimen.

We are unable to retain this evidence.   Please make arrangements
to pick it up at your earliest convenience.

Lorna Beasley
Criminalist VI

Manuel Valadez, Jr.
Laboratory Supervisor

LB/MV:lb
cc:    Aus. Lab.

COURTESY - SERVICE - PROTECTION

324

**FILED**
GREGG COUNTY. TEXAS

JUN 1 7 2015

430 O'CLOCK P M
BARBARA DUNCAN DISTRICT CLERK
BY _____ DEPUTY

Cause No. 23,613-B

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 124th DISTRICT COURT |
| | § | |
| VS. | § | IN AND FOR |
| | § | |
| BENNIE GUY | § | GREGG COUNTY, TEXAS |

### ORDER DENYING DNA TESTING

On this the **16** day of June, 2015, in Cause Number 22,613-B, Bennie Guy's Request for DNA testing came to be heard. This Court has reviewed Mr. Guy's request and the State's response, including affidavits from a deputy district clerk and a sheriff's deputy in charge of property retention. The State has responded to Mr. Guy's request, by informing the court that the evidence Mr. Guy seeks to test was probably not entered as evidence in his guilty plea hearing, and would not have been retained for 19 years, and can no longer be located. This Court finds that the evidence no longer exists in a condition making DNA testing possible. Therefore, pursuant to Article 64.03 (a) of the Texas Code of Criminal Procedure, this Court may not order forensic DNA testing on the named items. Request for DNA testing is denied.

Signed on _____ JUN 1 6 2015 _____ .

_____
Judge Presiding

3

Cause Number 23,613-B

| EX PARTE | § | IN THE DISTRICT COURT |
| | § | 124TH JUDICIAL DISTRICT |
| BENNIE DAVID GUY | § | GREGG COUNTY, TEXAS |

## AFFIDAVIT OF BEVERLY MATHEWS

Before me, the undersigned authority, personally appeared BEVERLY MATHEWS, who after being duly sworn, stated the following under oath:

"My name is Beverly Mathews and I am over the age of 18 and competent to make this affidavit. I was employed by the District Attorney of Gregg County as a prosecutor from 1991 to 1998, and I was assigned to prosecute Bennie Guy.

I have some clear memories of that case. I have been asked if I have any knowledge of the location of a shirt, a comb, a pair of boots and a sexual assault kit from that case.

"I did not keep evidence in my office. If I ever needed to admit items into evidence from the Sheriff's Office, I would have requested it be brought to the Courtroom on the day of trial. I would never have picked it up from the Sheriff's office. After it was introduced, it would have been kept in the District Clerk's office, not my office."

"I do not remember the lab report being helpful or hurtful to the defendant. I have no recollection of ever seeing the boots, shirt, and comb."

_____
BEVERLY MATHEWS, Affiant

Subscribed and sworn to before me, the undersigned authority, on this the 19th day of May, 2015.

_____
Notary Public, State of Texas

PRISCILLA PRICE
Notary Public
STATE OF TEXAS
Commission Exp. 05-23-2015

EX PARTE                                    §              IN THE DISTRICT COURT

                                            §              124TH JUDICIAL DISTRICT

BENNIE DAVID GUY                            §              GREGG COUNTY, TEXAS


## AFFIDAVIT OF DEBBIE KINNEY

Before me, the undersigned authority, personally appeared Debbie Kinney, who after being duly sworn, stated the following under oath:

"My name is Debbie Kinney and I am over the age of 18 and competent to make this affidavit. I have been employed by the District Clerk of Gregg County as a deputy clerk for the last 16 years, and I am assigned as a records manager and as a civil supervisor. I know the procedures for exhibit destruction in the Gregg County District Attorney's office.

"I began destroying evidence in 2011. I do not know who was responsible for that before I began. I believe that it had not been done for some time, because when I began, I destroyed some evidence from as far back as the 1970's. It is now our policy to hold on to evidence from capital murder, murder, and sexual assault cases, but I am not sure when that policy was implemented."

"I have been asked to search my records to see if the evidence requested by Bennie Guy has been destroyed. I have searched for the evidence from Mr. Guy's case, but have been unable to locate a destruction record for the boots, comb, shirt

and sexual assault kit listed in Mr. Guy's motion and found no record that those items were destroyed."

_Debbie Kinney_
Debbie Kinney, Affiant

Subscribed and sworn to before me, the undersigned authority, on this the _19_ day of May, 2015.

_Juanita Hall_
Notary Public, State of Texas

EX PARTE

§

IN THE DISTRICT COURT

§

124TH JUDICIAL DISTRICT

BENNIE DAVID GUY

§

GREGG COUNTY, TEXAS

## AFFIDAVIT

Before me, the undersigned authority, personally appeared Adalia Richmond, who after being duly sworn, stated the following under oath:

"My name is Adalia Richmond and I am over the age of 18 and competent to make this affidavit. I am employed by the District Clerk of Gregg County as a deputy clerk for the last 24 years, and I am assigned to the 188th Judicial District Court. I have knowledge of the procedures for exhibit storage areas of the Gregg County District Clerk.

"I have been asked to look for evidence that was asked for by Bennie Guy. I have searched for the evidence from Mr. Guy's case, but have been unable to locate the boots, comb, shirt and sexual assault kit referred to in Mr. Guy's motion. I have searched the entire vault, all the exhibit cards (which should list everything in the vault on a particular case) and found no record of those items. I had another deputy, Jhazmyne Williams, go back and check it again. There was no exhibit card in this case. In the case file, I found an 'evidence list' prepared by the Gregg County Sheriff, which listed the four items plus a burned vehicle as exhibits

'A-E.' That is not a list of State's Exhibits from the trial, because at trial, State's exhibits are given numbers, not letters.

"I have also checked with Debbie Kinney, our records manager, another veteran deputy in our office. She told me she found no record of State's Exhibits being destroyed."

"I do not know where the requested evidence is."



Adalia Richmond, Affiant

Subscribed and sworn to before me, the undersigned authority, on this the 19th day of May, 2015.

LAURA LYNN LARA
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 12-12-2015

Notary Public, State of Texas

| | | |
|---|---|---|
| EX PARTE | § | IN THE DISTRICT COURT |
| | § | 124TH JUDICIAL DISTRICT |
| BENNIE DAVID GUY | § | GREGG COUNTY, TEXAS |

## AFFIDAVIT OF DAVID FALCO

Before me, the undersigned authority, personally appeared DAVID FALCO, who after being duly sworn, stated the following under oath:

"My name is David Falco and I am over the age of 18 and competent to make this affidavit. I have been employed by the Sheriff of Gregg County as a deputy for the last 2 years, and I am assigned as a Criminal Investigator / Evidence Custodian, and as such, I know the procedures for evidence preservation and destruction in the Gregg County Sheriff's Office.

"I was asked to search for evidence in the Bennie Guy case, specifically, a pair of boots, a shirt, a comb, and a sexual assault kit."

"I have searched the evidence storage area room and all storage rooms under my control as well as the original property log book and case file , and have not found those items, or any evidence of their destruction."

_____
DAVID FALCO, Affiant

Subscribed and sworn to before me, the undersigned authority, on this the ____ day of May, 2015.

_____
Notary Public, State of Texas

# CRIMINAL INFORMATION
## IN THE CIRCUIT COURT OF ST. FRANCIS COUNTY, ARKANSAS

STATE OF ARKANSAS                                                    PLAINTIFF

VS.                          NO. CR-96-_5_              A12-142

BENNIE DAVID GUY                                                  DEFENDANT
Rolling Grove   110 Harrison Rd.
Earle, Arkansas
W/M, DOB: 3-19-61        SSN: 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
Arrest Date: 8-1-95      Tracking No.: 214825
Offense(s):   5-14-103 - Rape, Class Y Felony

FILED

FEB 1 1996

TIME:
BETTE S. GREEN, CLERK     M
ST. FRANCIS COUNTY

## INFORMATION

Comes, Fletcher Long, Jr., Prosecuting Attorney within and for the First Judicial District of the State of Arkansas, of which St. Francis County is a part, in the name and by the authority of the State of Arkansas, on oath, do accuse the above named defendant of the following crime(s):

| CODE NO. | OFFENSE | CLASSIFICATION |
|---|---|---|
| 5-14-103 | - RAPE | CLASS Y FELONY |

Committed as follows, to wit:

COUNT I:   That said defendant on or about May 25, 1995, in St. Francis County, Arkansas, did engage in sexual intercourse or deviate sexual activity with Jessica Lee Harris by forcible compulsion, thereby committing the offense of Rape, Class Y Felony, against the peace and dignity of the State of Arkansas.

The penalty for the offense of Rape, Class Y Felony is 10 to 40 years, or life in the Arkansas Department of Corrections, and/or any such other probation or conditions as may be imposed by law.

1

At a trial of this matter the State will offer all lesser included offenses.

FLETCHER LONG, JR.
PROSECUTING ATTORNEY
FIRST JUDICIAL DISTRICT

BY: _____

GARY J. MITCHUSSON
DEPUTY PROSECUTING ATTORNEY

Subscribed and sworn to before me this _____ day of January, 1996.

_____
NOTARY

My Commission Expires:
September 15, 2005

"OFFICIAL SEAL"
CANDACE McELDUFF
NOTARY PUBLIC • ARKANSAS
ST. FRANCIS COUNTY

## PROBABLE CAUSE HEARING

I, the undersigned judicial officer, have held a Probable Cause Hearing on this date; have reviewed the affidavit attached to the within information, and upon said affidavit and other proof, matters and things before the Court, do hereby find that there is probable cause to confine the Defendant named therein, to be held for trial on the offense charged.

Said defendant shall be, or has been admitted to bail in the amount of $ (as per arraignment) to assure his/hers appearance in Court on March 29, 1996, and each date thereafter as set out by the Court until the case is disposed of on the Court's Docket.

_____
JUDGE

2

## IN THE CIRCUIT COURT OF ST. FRANCIS COUNTY, ARKANSAS

STATE OF ARKANSAS                                                    PLAINTIFF

VS.

BENNIE DAVID GUY                                                     DEFENDANT

### AFFIDAVIT

I, the undersigned law enforcement agent, based on information and belief, and after being duly sworn, state that the following allegations are true and correct:

On or about May 25, 1995, Bennie David Guy went to the Harris residence and picked up 11 year old Jessica Lee Harris to spend the night with his children. Prior to taking the Jessica to his residence, Guy drove to the Shell Lake Motel, where he rented a room, raped the girl and forced her to perform oral sex on him. Guy then performed oral sex on Jessica. The Motel records indicated that Guy rented a motel room at Shell Lake at the time indicated by Jessica. Medical test performed by the Memphis Rape Crises Center shows that Jessica was raped, that there were tears to the vagina area and that sperm and hair samples were found on the victim. An Affidavit for Warrant of Arrest was signed and an Arrest Warrant was issued.

_____
GLENN RAMSEY

Subscribed and sworn to before me this ___19ᵀᴴ___ day of January, 1996.

_____
NOTARY

My Commission Expires:
September 15, 2005

"OFFICIAL SEAL"
CANDACE McELDUFF
NOTARY PUBLIC - ARKANSAS
ST. FRANCIS COUNTY

3

State's Exhibit #1

## RECEIPT
### SHELL LAKE MOTEL
HETH ARKANSAS, HIGHWAY 70 EAST

DATE 5/25/95

NAME Bennie Guy

Address 110 Hanson Rd Earle Ac

PHONE

TAG No

UNIT No

RATE $ 10.00    IN 6:15 pm    OUT 8:00 p.m

SINGATURE Bennie Guy

Dale Nunley    DATE 5/25/95

5/25/95

RECEIPT
SHELL LAKE MOTEL
HETH ARKANSAS, HIGHWAY 70 EAST

NAME Bennie Guy

Address 110 Harrison Rd. Earle Ar.                     DATE 6/30/1995

PHONE                              TAG No

RATE $20.00          IN 9:30 p.m.     UNIT No

SINGATURE Bennie Guy     OUT 6:00 a.m. 7/1/95

            Dale Nunley  7/1/95    DATE 6/30/95

States Exhibit #9